# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 15, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

154819(65)

HARMONY MONTESSORI CENTER,
      Petitioner-Appellant,

v

CITY OF OAK PARK,
      Respondent-Appellee.
_____/

SC: 154819
COA: 326870
Tax Tribunal: 00-370214

      On order of the Chief Justice, the motion of the Michigan Municipal League and the Michigan Townships Association to extend the time for filing a brief amicus curiae is GRANTED. The amicus brief will be accepted as timely filed if submitted on or before October 4, 2017.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 15, 2017           

                                 Clerk